UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN SMITH, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>E*TRADE SECURITIES LLC; MORGAN STANLEY SMITH BARNEY LLC; MORGAN STANLEY & CO. LLC; and MORGAN STANLEY,<br><br>　　　　　　　　Defendants. | No. 2:25-cv-01223-ES-MAH<br><br>Honorable Esther Salas, U.S.D.J.<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(A)** |

**NOTICE OF DISMISSAL**

Plaintiff Kevin Smith hereby voluntarily dismisses without prejudice the above-caption action pursuant to Federal Rule of Civil Procedures 41(a)(1)(i).

Dated: July 31, 2025

*Counsel for Plaintiff Kevin Smith, Individually and on Behalf of All Other Persons Similarly Situated*

/s/ *Christopher A. Seeger*
Christopher A. Seeger
David R. Buchanan
Caleb Seeley
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Tel: (973) 639-9100
Fax: (973) 639-9393
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
cseeley@seegerweiss.com

SO ORDERED.

_____
Hon. Esther Salas, U.S.D.J.
Dated: August 4, 2025